SIDNEY H. JOFFE, PLAINTIFF-RESPONDENT, v.
GUSSIE JOFFE, DEFENDANT-APPELLANT.

Argued September 25, 1967—Decided October 9, 1967.

*Mr. Thomas W. Dunn* argued the cause for appellant (*Mr. Walter H. Jones,* attorney.)

*Mr. J. Mortimer Rubenstein* argued the cause for respondent.

PER CURIAM: The judgment is affirmed for the reasons expressed in the opinion of the Appellate Division, *supra.*

*For affirmance*—Chief Justice WEINTRAUB and JUSTICES JACOBS, FRANCIS, PROCTOR, SCHETTINO and HANEMAN—6.

*For reversal*—None.